

**FILED**

05/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0047

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### Supreme Court Cause No. DA 20-0047

| | |
|---|---|
| WILLIAM H. PAYNE, <br> Appellant, <br><br> vs. <br><br> CHARLENE G. PAYNE, <br> Appellee. | **GRANT OF ADDITIONAL EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF** |

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an additional extension of time until July 6, 2020, to prepare, file, and serve Appellant's opening brief.

DATED this 22nd day of May, 2020.

c:  Channing J. Hartelius, chartelius@aol.com
c:  Penni L. Chisholm, penni@chisholmlawfirm.com

**FILED**

MAY 22 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana